TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ANNA LINDROOTH
Assistant United States Attorney
South Dakota Bar No. 005053
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Anna.Lindrooth@usdoj.gov
*Attorneys for Plaintiff*

REDACTED FOR
PUBLIC DISCLOSURE

FILED ☒     LODGED ___
RECEIVED ___     COPY ___

JUN 0 2 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-26-00594-PHX-SPL (ASB) |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Calvin Marco Eklund, | VIO: 18 U.S.C. § 2113(a) (Bank Robbery) Count 1 |
| Defendant. | 18 U.S.C. § 924(c)(1)(A) (Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence) Count 2 |
| | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

### <u>COUNT 1</u>

On or about May 18, 2026, in the District of Arizona, Defendant CALVIN MARCO EKLUND, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Chase Bank, located at 2620 East Camelback Road, Phoenix, Arizona 85016, the deposits of which were then federally insured by the Federal Deposit Insurance

Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

### COUNT 2

On or about May 18, 2026, in the District of Arizona, Defendant CALVIN MARCO EKLUND, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Bank Robbery, as alleged in Count 1, a felony prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 – 2 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981; Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 – 2 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property Defendant is liable, including, but not limited to, the following property involved and used in the offense:

1. One black Daniel Defense AR-15 rifle, DDM4 V5 LW, with an unlocatable serial number;

2. One silver Kimber 1911 handgun, with serial number K408426;

3. One black and brown Aero Precision rifle, with serial number U.S. 346221, with magazine and ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of Defendant:

- 2 -

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981; Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: June 2, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
ANNA LINDROOTH
Assistant U.S. Attorney

- 3 -